In the Matter of the Claim of GIUSEPPE CUTAIA, Appellant, against FITZWELL SPORTSWEAR, INC., Employer. EDWARD CORSI, as Industrial Commissioner, Respondent.

Argued January 6, 1948; decided March 5, 1948.

*David M. Schlossberg* and *John J. Abt* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.